IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MCGRONE,<br><br>               Plaintiff,<br><br>vs.<br><br>TAGGART BOYD, Warden; CORPORAL SORENSEN, Guard; THE STATE OF NEBRASKA DEPT. OF CORRECTIONS, and SHELLY R. STRATMAN, Judge;<br><br>               Defendants. | 8:18CV233<br><br>MEMORANDUM<br>AND ORDER |

      This matter is before the court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP") (filing no. 13) and correspondence which the court construes as a motion for extension of time (filing no. 14).

      The court previously granted Plaintiff leave to proceed IFP on June 26, 2018, and directed Plaintiff to pay an initial partial filing fee of $4.15. (Filing No. 12.) Accordingly, Plaintiff's present motion to proceed IFP (filing no. 13) is denied as moot.

      In his correspondence to the court, Plaintiff requests an extension of time to pay his initial partial filing fee and for copies of "the 26 Amendments and the Articles of Confederation to help me prepare for my trial." (Filing No. 14 at CM/ECF pp.2–3.) The court will grant Plaintiff's request for an extension of time, and Plaintiff shall have until **August 9, 2018**, to pay his initial partial filing fee of $4.15. However, Plaintiff's request for legal research materials is denied. The court will provide copies of its local rules to parties and members of the public, and such has been provided to Plaintiff. *See* NEGenR 1.1(e). To the extent Plaintiff seeks

other legal materials to aid him in litigating his claims, he is responsible for obtaining such materials.[1]

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed IFP (filing no. 13) is denied as moot.

2. Plaintiff's request for an extension of time (filing no. 14) is granted. Plaintiff has until August 9, 2018, to pay his initial partial filing fee of $4.15.

3. The clerk's office is directed to set a pro se case management deadline in this case using the following text: **August 9, 2018**: initial partial filing fee payment due.

4. Plaintiff is advised that, following payment of the initial partial filing fee, the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 10th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] The District Court of Nebraska's public website contains resources for persons proceeding without an attorney. https://www.ned.uscourts.gov/public/proceeding-without-an-attorney (last accessed July 10, 2018).