IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRUCE MCGRONE,

               Plaintiff,

     vs.

TAGGART BOYD, Warden;
CORPORAL SORENSEN, Guard;
THE STATE OF NEBRASKA DEPT.
OF CORRECTIONS, and SHELLY R.
STRATMAN, Judge;

               Defendants.

**8:18CV233**

**MEMORANDUM AND ORDER**

This matter is before the court on correspondence from the Plaintiff dated August 14, 2018, which the court construes as a motion for extension of time.[1] (Filing No. 17.) On August 15, 2018, the court entered an order requiring Plaintiff to show cause why this case should not be dismissed for failure to pay his initial partial filing fee. (Filing No. 15.) In his letter, Plaintiff appears to indicate that his institution did not process his funds request as Plaintiff anticipated and asks if he can have a longer extension. (Filing No. 17 at CM/ECF p. 1.) Upon consideration of Plaintiff's request, the court will grant Plaintiff's motion for extension.

---

[1] Plaintiff's letter does not include his case number and the court directed the clerk's office to file the letter in this case as a motion. Plaintiff must include his case number on any documents he files with the court. *See* NECivR 10.1(a)(3) ("A document must plainly show the case caption, a description or designation of its contents, and the party or person/entity on whose behalf it is filed. All documents after the pleading initiating a proceeding must also show the correct docket number. . . .").

IT IS THEREFORE ORDERED that:

1. Plaintiff's letter, construed as a motion for extension of time ([filing no. 17](#)), is granted. Plaintiff has until **September 21, 2018**, to pay his initial partial filing fee of $4.15.

2. The clerk's office is directed to set a pro se case management deadline in this case using the following text: **September 21, 2018**: initial partial filing fee payment due.

Dated this 22nd day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge