IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MCGRONE,<br><br>     Plaintiff,<br><br>vs.<br><br>TAGGART BOYD, Warden;<br>CORPORAL SORENSEN, Guard;<br>THE STATE OF NEBRASKA DEPT.<br>OF CORRECTIONS, and SHELLY R.<br>STRATMAN, Judge;<br><br>     Defendants. | 8:18CV233<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis ("IFP"). (Filing No. 19.) The court previously granted Plaintiff leave to proceed IFP on June 26, 2018, and ordered him to pay an initial partial filing fee of $4.15. (Filing No. 12.) Plaintiff has until September 21, 2018, to pay his initial partial filing fee. (See Filing No. 18.) Accordingly,

IT IS ORDERED that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (filing no. 19) is denied as moot.

Dated this 30th day of August, 2018.

                BY THE COURT:

                s/ *Richard G. Kopf*
                Senior United States District Judge