IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MCGRONE,<br><br>                Plaintiff,<br><br>vs.<br><br>TAGGART BOYD, Warden;<br>CORPORAL SORENSEN, Guard;<br>THE STATE OF NEBRASKA DEPT.<br>OF CORRECTIONS, and SHELLY R.<br>STRATMAN, Judge;<br><br>                Defendants. | 8:18CV233<br><br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on correspondence from the Plaintiff dated October 10, 2018, which the court construes as a motion for extension of time. (Filing No. 23.) Upon consideration of Plaintiff's request, the court will grant Plaintiff's motion for extension.

      However, the court admonishes Plaintiff that any future documents he files with the court **must** include his case number and a proper description or designation of its contents such as "Motion for Extension of Time." *See* NECivR 10.1(a)(3). The court has advised Plaintiff of these requirements on at least two prior occasions. (*See* Filing Nos. 12 & 18.) In addition, Plaintiff should direct any requests for relief to the court, rather than the clerk of the court. Contrary to Plaintiff's belief that the clerk "can help [him] off the record," (filing no. 23 at CM/ECF p. 4), under 28 U.S.C. § 955, the clerk of the court cannot provide legal advice to Plaintiff or any individual.

IT IS THEREFORE ORDERED that:

1. Plaintiff's letter, construed as a motion for extension of time ([filing no. 23](#)), is granted. Plaintiff has until **November 21, 2018**, to pay his initial partial filing fee of $4.15.

2. The clerk's office is directed to set a pro se case management deadline in this case using the following text: **November 21, 2018**: initial partial filing fee payment due.

Dated this 22nd day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge