# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MCGRONE,<br><br>                Plaintiff,<br><br>vs.<br><br>CORPORAL SORENSEN, Guard,<br><br>                Defendant. | **8:18CV233**<br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on its own motion. In its previous order dated August 19, 2019, the court dismissed Defendant Taggart Boyd from this action and allowed Plaintiff's claims against Defendant Corporal Sorensen to proceed to service of process. ([Filing No. 30](#).) The court directed the clerk of court to obtain the last known address for Defendant Sorensen from the Marshals Service for service of process on him in his individual capacity. The court has learned that the Marshals Service is unable to ascertain the last known address for Defendant Sorensen based on the information provided by Plaintiff. The court has conducted its own search of the State of Nebraska Online Employee Directory (https://ne-phonebook.ne.gov/PhoneBook/faces/welcome.jsp, last visited Aug. 27, 2019) and is unable to locate an individual with the last name Sorensen employed by the Nebraska Department of Correctional Services. Accordingly, in order to progress this matter,

      IT IS THEREFORE ORDERED that:

      1.    The clerk of the court is directed to complete a summons form and a USM-285 form for former defendant Taggart Boyd using the address "Diagnostic and Evaluation Center, 3220 West Van Dorn Street, Lincoln, NE 68522-9284," and forward them together with a copy of the Complaint ([filing no. 1](#)), a copy of the court's June 24, 2019 Memorandum and Order ([filing no. 26](#)), a copy of the

court's August 19, 2019 Memorandum and Order (filing no. 30), and a copy of this Memorandum and Order to the Marshals Service. **The Marshals Service shall serve former defendant Taggart Boyd personally in his individual capacity at the Diagnostic and Evaluation Center, 3220 West Van Dorn Street, Lincoln, NE 68522-9284.** Service may also be accomplished by using any of the following methods: residence, certified mail, or designated delivery service. *See* Federal Rule of Civil Procedure 4(e); Neb. Rev. Stat. § 25-508.01 (Reissue 2016).

2. Within **21 days** of being served with summons, Taggart Boyd shall provide to the court the full name and address of Corporal Sorensen, to the extent he knows or can reasonably ascertain such information. The employment address of Corporal Sorensen will be sufficient if he is still employed with the Nebraska Department of Correctional Services. If, however, Corporal Sorensen is no longer employed with the Nebraska Department of Correctional Services, his personal address shall be filed under seal with the court.

Dated this 27th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge