IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MCGRONE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CORPORAL  SORENSEN, Guard;<br><br>                    Defendant. | **8:18CV233**<br><br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Plaintiff's Motion for Extension of Time. (Filing No. 37.) Plaintiff requests the court extend the progression deadlines set forth in the court's December 10, 2019 Order Setting Schedule for Progression of Case (filing no. 36) for an unspecified amount of time because Plaintiff is incarcerated, "unable to obtain a lawyer, need[s] additional time to prepare a defense, and submit instruments for the progression of the case, because of lockdowns, staff shortage, and other unforseen [sic] occurrences that take place in prison and the world." (Filing No. 37 at CM/ECF pp. 1–2.)

This case has been pending for over a year, and the first discovery deadline does not expire until January 9, 2020. The court finds that Plaintiff has failed to show good cause why an extension should be granted at this time. Therefore, upon careful consideration,

IT IS ORDERED that Plaintiff's Motion for Extension of Time (filing no. 37) is denied without prejudice to reassertion.

Dated this 30th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge