IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRUCE MCGRONE,

          Plaintiff,

vs.

CORPORAL SORENSEN, Guard;

          Defendant.

8:18CV233

MEMORANDUM AND ORDER

This matter is before the court on Defendant's Motion to Extend Progression Order Deadline. (Filing No. 43.) Upon due consideration, Defendant's motion is granted. Accordingly,

IT IS ORDERED:

1.  The deadline for filing dispositive motions is extended to **May 18, 2020**. All dispositive motions shall be filed on or before that date.

2.  All other deadlines in the court's Order Setting Schedule for Progression of Case (filing no. 36) remain the same.

3.  The clerk's office is directed to set the following pro se case management deadline: **May 18, 2020**: Check for dispositive motion(s).

Dated this 28th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge