IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MCGRONE,<br><br>        Plaintiff,<br><br>vs.<br><br>CORPORAL SORENSEN, Guard;<br><br>        Defendant. | **8:18CV233**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on Defendant's Motion to Seal Exhibits. (Filing No. 47.) Defendant asks this court to enter an order pursuant to NECivR 7.5(a)(1) sealing what will be marked and offered as Exhibits 4 and 6 of the Index of Evidence (filing no. 49) in support of his Motion for Summary Judgment (filing no. 48) because the materials contain confidential and sensitive information. Upon consideration,

      IT IS ORDERED that Defendant's Motion to Seal Exhibits (filing no. 47) is granted.

      Dated this 27th day of May, 2020.

                                                BY THE COURT:

                                                *Richard G. Kopf*

                                                Richard G. Kopf
                                                Senior United States District Judge