IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MCGRONE,<br><br>                Plaintiff,<br><br>vs.<br><br>CORPORAL SORENSEN, Guard;<br><br>                Defendant. | **8:18CV233**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court for case management. In light of the pending and unopposed Motion for Summary Judgment (Filing 48) which the court now considers submitted for decision,

      IT IS ORDERED that:

      1.    The dates contained in the Order Setting Schedule for Progression of Case (Filing 36) regarding preparation of the Final Pretrial Conference Order and the Pretrial Conference are stayed until the court resolves Defendant's Motion for Summary Judgment (Filing 48);

      2.    The Final Pretrial Conference scheduled for July 27, 2020, is continued until further order of the court; and

      4.    The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

Dated this 25th day of June, 2020.

                                              BY THE COURT:

                                              *Richard G. Kopf*

                                              Richard G. Kopf
                                              Senior United States District Judge